666 A.2d 280

John BERGDOLL, K. Robin Davis and
Gerald C. Grimaud, Petitioners

v.

Honorable Yvette KANE, Secretary of the Commonwealth
of Pennsylvania, Respondent.

Supreme Court of Pennsylvania.

Submitted Nov. 2, 1995.

Decided Nov. 6, 1995.

Gerald C. Grimaud, K. Robin Davis, John G. Bergdoll, pro se and Leonard N. Sosnov, for John G. Bergdoll, et al.

Clifford A. Rieders, for Intervenor, Pa.Bar Assoc.

Kate Mershimer, and John G. Knorr, III, for the Commonwealth.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY and CASTILLE, and MONTEMURO, JJ.

## ORDER

PER CURIAM:

AND NOW, this 6th day of November 1995, it is ordered that the Order of the Commonwealth Court dated November 2, 1995, which denied the Petitioners' request for preliminary injunction of the above-captioned matter, is hereby AFFIRMED.